H. HALL ET AL., EXECUTORS, ETC.   October 26, 1903.   Petition
for a writ of certiorari to the United States Circuit Court of
Appeals for the Sixth Circuit denied.   *Mr. Harvey D. Goulder,
Mr. S. H. Holding* and *Mr. Frank S. Masten* for petitioners.
*Mr. T. E. Tarsney* for respondents.

---

No. 432.   BOSTON TOW BOAT COMPANY, PETITIONER, *v.*
CHASE MACHINE COMPANY.   October 26, 1903.   Petition for
a writ of certiorari to the United States Circuit Court of Ap-
peals for the Sixth Circuit denied.   *Mr. Harvey D. Goulder* for
petitioner.   *Mr. T. W. Bakewell* and *Mr. Albert E. Lynch* for
respondent.

---

No. 442.   SOUTHERN ELECTRIC RAILWAY COMPANY, PETI-
TIONER, *v.* CORA HAGEMAN.   October 26, 1903.   Petition for
a writ of certiorari to the United States Circuit Court of Ap-
peals for the Eighth Circuit denied.   *Mr. W. F. Boyle, Mr.
F. W. Lehmann* and *Mr. Walter H. Saunders* for petitioner.
*Mr. Seneca N. Taylor* for respondent.

---

No. 443.   OCEANIC STEAM NAVIGATION COMPANY, LIMITED,
ETC., PETITIONER, *v.* JOHN W. AITKIN ET AL., ETC.   October 26,
1903.   Petition for a writ of certiorari to the United States
Circuit Court of Appeals for the Second Circuit granted.   *Mr.
Everett P. Wheeler* for petitioner.   *Mr. Wilhelmus Mynderse*
and *Mr. Edmund L. Baylies* for respondent.

---

No. 386.   ÆTNA LIFE INSURANCE COMPANY, PETITIONER, *v.*
BOARD OF COUNTY COMMISSIONERS OF HAMILTON COUNTY,
KANSAS.   November 16, 1903.   Petition for a writ of certiorari
to the United States Circuit Court of Appeals for the Eighth
Circuit denied.   *Mr. Oliver J. Bailey* and *Mr. Frank P. Lind-
say* for petitioner.   *Mr. George Getty* for respondent.